IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEVIN JEROME JONES, #01169005 <br> Plaintiff, <br><br> v. <br><br> DIRECTOR, TDCJ-CID, et al., <br> Defendants. | § § § § § § § § | No. 3:22-cv-02357-N (BT) |

### ORDER

On October 28, 2022, the United States Magistrate Judge made findings, conclusions, and a recommendation in this case. The District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. Any objections are overruled, and the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Signed this 8th day of December, 2022.

_____
DAVID C. GODBEY
CHIEF JUDGE